IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* vs. **JOSÉ ANTONIO DE LEÓN-PACHE**, *Defendant.* | **Criminal No.:** 25-148 (MAJ) |

**MOTION TO CONTINUE SENTENCING HEARING**

TO THE HONORABLE COURT:

**COMES NOW** the defendant, Jose Antonio De Leon-Pache ("Mr. De Leon"), represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned attorney, and very respectfully states and requests as follows:

1. The Sentencing Hearing in this case is set for January 28, 2026, at 9:30AM.

2. Counsel is in the process of obtaining additional mitigation documents pertinent to the Court's sentencing determination when weighing all the factors delineated in 18 U.S.C. § 3553(a). Despite due diligence, these documents have not yet been finalized or received.

3. These records are not only necessary for Mr. De Leon's adequate representation but also for the Court's consideration when weighing all the factors delineated in 18 U.S.C. § 3553(a).

4. Therefore, a 14-day continuance of the sentencing hearing is respectfully requested. This will allow undersigned to receive documents, review them and submit them for translation, if necessary.

5. Undersigned attorney submits that the present request is not made with any

1

dilatory intent in mind and is necessary for an adequate representation of Mr. De Leon.

**WHEREFORE**, Mr. De Leon respectfully requests this Court grant this request and continue the sentencing hearing for 14 days.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system and provided an exact copy to the assigned prosecutor AUSA Antonio Perez at Antonio.Perez2@usdoj.gov, in compliance with District of Puerto Rico Standing Order No. 11, signed by Honorable Raul Arias-Marxuach on September 23, 2025.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on January 23, 2026.

> **RACHEL BRILL**
> **Federal Public Defender**
> **District of Puerto Rico**
>
> *S/ Stephanie Torres-Perez*
> Stephanie Torres-Pérez
> Assistant Federal Public Defender
> USDC-PR 308710
> 241 F.D. Roosevelt Ave.
> San Juan, PR  00918-2441
> T: (787) 281-4922 / F: (787) 281-4899
> Email: Stephanie_Torres@fd.org